**Keith Ketterling**, OSB No. 913368
Email: kketterling@stollberne.com
**Steven C. Berman,** OSB No. 951769
Email: sberman@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile:  (503) 227-6840

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| COLUMBIA BRANDS USA, LLC, an Oregon limited liability company, as successor-in-interest to COLUMBIA SPORTSWEAR USA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ST. GEORGE OUTLET DEVELOPMENT LLC, a New York limited liability company,<br><br>Defendant. | Case No. 3:18-cv-01183-PK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHOUT FEES OR COSTS** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff voluntarily dismisses this action without prejudice and without fees or costs to any party. This dismissal is effective without a court order because defendant has not answered or filed a motion for summary judgment.

Page 1 –   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHOUT
              FEES OR COSTS

DATED this 6th day of November, 2018.

                               STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

                               By: <u>s/Steven C. Berman</u>
                                    **Steven C. Berman, OSB No. 951769**

                               209 SW Oak Street, Suite 500
                               Portland, OR 97204
                               Telephone:   (503) 227-1600
                               Facsimile:    (503) 227-6840
                               Email: kketterling@stollberne.com
                                        sberman@stollberne.com

*Of Attorneys for Plaintiff Columbia Brands USA, LLC*

Page 2 – NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHOUT FEES OR COSTS